455-15

# ELECTRONIC RECORD

CCA #   09-14-00031-CR                    OFFENSE:   Driving While Intoxicated

STYLE:   Sheila Sanders v. The State of Texas     PUNISHMENT:   35 years

                                          COUNTY:   Montgomery

TRIAL COURT:        359th District Court                        MOTION
TRIAL COURT #:      12-12-12963 CR (Count1)     FOR REHEARING IS:
TRIAL COURT JUDGE:  Judge Kathleen Hamilton     DATE:
DISPOSITION:   AFFIRMED                          JUDGE:

DATE:        03-04-15

JUSTICE:   Hollis Horton        PC   NO   S   YES
PUBLISH:   NO                    DNP:   YES

CLK RECORD:    01-29-14                  SUPP CLK RECORD:
RPT RECORD:    01-31-14                  SUPP RPT RECORD:
STATE BR:      06-18-14                  SUPP BR:
APP BR:        05-20-14                  PRO SE BR:

455-15

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD                    CCA # _____PD-0455-15_____

-------------------

_____PRO SE_____ Petition              Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____
_____refused_____              JUDGE: _____
DATE: _July 29, 2015_                  SIGNED: _____     PC: _____
JUDGE: _PC_____            PUBLISH: _____    DNP: _____

------------------------

_____ MOTION FOR REHEARING IN   MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____    _____ ON _____

JUDGE: _____      JUDGE: _____